IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| CRAIG A. MASSEY, ON BEHALF OF HIMSELF AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED, <br><br> PLAINTIFFS, <br><br> v. <br><br> SHELTER LIFE INSURANCE COMPANY, A MISSOURI INSURANCE COMPANY, <br><br> DEFENDANT. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> CLASS ACTION <br> CASE NO: 05-04106-CV-NKL |

### CERTIFICATE OF SERVICE PURSUANT TO 28 U.S.C. §1715 *et seq.* NOTICE OF PROPOSED CLASS ACTION SETTLEMENT

The undersigned certifies that on April 21, 2006, pursuant to 28 U.S.C. § 1715 *et seq.*, less than ten (10) days after the proposed settlement of this case was filed with the Court, copies of the following documents, were sent via DHL Express Overnight, in PDF format, and contained on a single CD, to the Attorney General of the United States and to the appropriate State officials that license or otherwise authorize Shelter Life Insurance Company to conduct business in each affected state:

1. Unopposed Motion of Plaintiff for Order Conditionally Certifying Settlement Class, Preliminarily Approving Class Action Settlement, Directing Distribution of Class Notice, Setting Hearing for Final Approval of Class Action Settlement and Appointing Class Counsel, including the following attachments: Class Action Settlement Agreement and Release; Proofs of Claim Forms; Class Notice; and Summary Class Notice. These documents detail class members' rights to request to be excluded from the class action. (CD, PDF Files 1-2.)

2. Complaint, Amended Complaint, and Second Amended Complaint, with attachments, in the "Pending Federal Action" filed April 6, 2005 and styled <u>Craig Massey, on behalf of himself and on behalf of all others similarly situated v. Shelter Life Insurance Co.</u>, Case No. 05-4106-CV-NKL, pending in the United States District Court for the Western District of Missouri. (CD, PDF Files 3-7.)

3. Complaint in the "Initial Federal Action" filed September 29, 2000 and styled <u>Craig Massey, on behalf of himself and on behalf of all others similarly situated v. Shelter Life Insurance Co.</u>, Case No. 00-4174-CV-C-5, originally filed in the United States District Court for the Western District of Missouri. (CD, PDF File 8.)

4. Petition in the "Missouri State Action" filed December 12, 2001 styled <u>Craig A. Massey, Tina R. Mellies, Richard L. Torrance, and Jeanette Torrance v. Shelter Life Insurance Co.</u>, Case No. 01-CV-229955, pending in the Circuit Court of Jackson County, Missouri. (CD, PDF Files 9-11.)

5. Petition in the "Kansas State Action" filed in 2004 styled <u>Tina Mellies, on behalf of herself and on behalf of all others similarly situated v. Shelter Life Insurance Co.</u>, Case No.04C592, pending in the Third Judicial Circuit of Kansas, Shawnee County, Kansas at Topeka. (CD, PDF File 12.)

6. Pursuant to 28 U.S.C. §1715 (b)(7)(B), Defendant is required to provide estimates of the number of class members and estimated proportionate share of the claims. The most accurate data is from December 1997. Based upon that data, Defendant, after conferring with Plaintiffs' counsel, provided each of the appropriate Federal and State Officials with a reasonable estimate of the number of class members residing in their State and the estimated proportionate share of the claims of such members to the entire settlement.

| | |
|---|---|
| U. S. Attorney General<br>Office of the Attorney General<br>U. S. Dept. of Justice<br>Room B-103<br>950 Pennsylvania Ave. N.W.<br>Washington, DC 20530-0001 | Sandy Praeger<br>Commissioner of Insurance<br>Kansas Insurance Department<br>420 SW 9th Street<br>Topeka, KS 66612-1678<br>785-296-3071<br>785-296-2283 fax |
| David Rivera<br>Commissioner of Insurance<br>Colorado Division of Insurance<br>1560 Broadway, Suite 850<br>Denver, CO 80202 | George Dale<br>Commissioner of Insurance<br>Mississippi Insurance Department<br>1001 Woolfolk State Office Building<br>501 North West St.<br>Jackson, MS 39201 |
| Jim Atterholt, Commissioner<br>Indiana Department of Insurance<br>311 West Washington St.<br>Indianapolis, IN 46204-2787 | Suzanne Voss, Commissioner<br>Iowa Insurance Division<br>330 Maple St.<br>Des Moines, IA 50319-0065 |
| Michael T. McRaith, Director<br>Illinois Division of Insurance<br>320 W. Washington Street<br>Springfield, IL 62767-0001 | Glen Jennings<br>KY Office of Insurance<br>215 W. Main St.<br>Frankfort, KY 40601 |
| James J. Donelson<br>Commissioner<br>Louisiana Department of Insurance<br>P. O. Box 94214<br>Baton Rouge, LA 70802 | Tim Wagner<br>Director<br>Nebraska Department of Insurance<br>Terminal Building<br>941 "O" Street, Suite 400<br>Lincoln, NE 68508-3639 |
| Paula Flowers<br>Commissioner<br>Department of Commerce & Insurance<br>500 James Robertson Parkway<br>Davy Crockett Tower<br>Nashville, TN 37243-5065 | Julie Benafield Bowman<br>Commissioner<br>Arkansas Insurance Department<br>1200 West Third Street<br>Little Rock, AR 72201 |
| W. Dale Finke<br>Missouri Department of Insurance<br>P. O. Box 690<br>Jefferson City, MO 65102-0690 | Kim Holland<br>Insurance Commissioner<br>Oklahoma Insurance Department<br>P. O. Box 53408<br>Oklahoma City, OK 73152-3408 |

| Robert A. Horn<br>Joseph A. Kronawitter<br>Horn, Aylward & Bandy, LLC<br>2600 Grand Blvd., Ste. 500<br>Kansas City, MO 64108 | Larry A. Sackey<br>Law Offices of Larry A. Sackey<br>11500 West Olympic Blvd., Suite 550<br>Los Angeles, CA 90064 |
|---|---|
| Greg Hafif<br>Law Offices of Herbert Hafif, APC<br>269 West Bonita Avenue<br>Claremont, CA 91711-4784 | |

/s/ John J. Baroni
Anthony L. Martin, MO Bar #34521
Keith D. Price, MO Bar #38797
John J. Baroni, MO Bar #50267
SANDBERG, PHOENIX & von GONTARD, P.C.
One City Centre, 15th Floor
St. Louis, MO 63101-1880
P: 314-231-3332
F: 314-241-7604
amartin@spvg.com
kprice@spvg.com
jbaroni@spvg.com

ATTORNEYS FOR SHELTER LIFE
INSURANCE COMPANY

### Certificate of Service

I hereby certify that on the 21st day of April 2006, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the following:

Joseph A. Kronawitter
Robert A. Horn
HORN, AYLWARD & BANDY, LLC
Email: jkronawitter@hab-law.com
Email: rhorn@hab-law.com

Larry A. Sackey
LAW OFFICES OF LARRY A. SACKEY
Email: lsackey@sackeyandassociates.com

I hereby certify that on the 21st day of April 2006, the foregoing was mailed by DHL Express Overnight to the following non-participants in Electronic Case Filing:

Greg Hafif
Law Offices of Herbert Hafif, APC
269 West Bonita Avenue
Claremont, CA 91711-4784

      /s/    Jackie Smith